IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover          Date: May 18, 2007
Court Reporter:    Paul Zuckerman
Probation Officer: Keith Williams

Criminal Action No. 04-cr-00463-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Linda McMahan

    Plaintiff,

v.

34. ODIE WEBSTER, III,                      Marc Milavitz

    Defendant.

## CONTINUED SENTENCING MINUTES

**9:11 a. m.**   **Court in session**.

Defendant present on bond.

Sentencing hearing was continued on December 18, 2006 and May 7, 2007 until today for the reasons stated in the record.

Parties received and reviewed the third and fourth addenda.

The parties do not dispute the facts contained in the third and fourth addenda of the presentence report.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Additional argument by Mr. Milavitz.

Allocution. - Statements made by: The Government, the defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:**   The Government's Motion for Downward Departure (**Doc. #1530**) is deemed amended to request a three level decrease and is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

The defendant is advised of his right to appeal.

**ORDER:**   Bond is exonerated.

**9:59  a.m.**   **Court in recess.**

Total Time:    48  Minutes
Hearing concluded.